PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Kevin Roberts						Cr.: 11-00594-001
											PACTS #: 62567

Name of Sentencing Judicial Officer:	THE HONORABLE ESTHER SALAS
					UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/29/2013
Date of Modification of Conditions: 02/10/2020

Original Offense:   Felon in Possession of a Firearm

Original Sentence: 120 months imprisonment, 3 years supervised release, $100 Special Assessment

Special Conditions: DNA Testing, Alcohol/Drug Testing and/or Treatment

Type of Supervision: Supervised Release			Date Supervision Commenced: 10/11/2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On March 25, 2020, Roberts was arrested by the Newark Police Department and charged with Simple Assault. According to arrest reports, the offender struck his girlfriend causing a laceration to her bottom lip following a domestic dispute. The victim denied medical attention and refused to apply for a temporary restraining order (TRO). Roberts was arrested without incident and transported to the Essex County Jail. He was released from custody on March 27th pending a court date. |

U.S. Probation Officer Action:

The Probation Office will attempt to increase supervision efforts with the offender. In light of the current public health crisis, our office recommends withholding Court action at this time. We will keep the Court apprised of Roberts' pending charge and any additional instances of noncompliance.

Respectfully submitted,

*Anthony J. Nisi* LRG

By: Anthony J. Nisi
U.S. Probation Officer
Date: 04/01/2020

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Hon. Esther Salas, U.S.D.J.
Signature of Judicial Officer

Date: 4/3/2020